IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEITH MOORE**                                                                                  **PLAINTIFF**
**ADC #133412**

V.                         No. 5:12-cv-00206-DPM-HDY

**JAMES HILL** *et al.*                                                                       **DEFENDANTS**

### ORDER

1. This case is scheduled for a pretrial conference on Monday, 14 July 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom B-155, 600 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Keith Moore (ADC #133412), Varner Unit, at 1:00 p.m. on 14 July 2014 in order for him to meet with his attorney in preparation for the 4:00 p.m. pretrial conference.

3. The Court further directs the Arkansas Department of Correction to send Moore's complete institutional and medical

files with him and to allow Moore to bring any legal papers he wants to court.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

<u>10 July 2014</u>