## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KEITH MOORE,**
**ADC #133412**                                                                    **PLAINTIFF**


**v.**                          **No. 5:12-cv-206-DPM**


**JAMES HILL, Sergeant, ADC;**
**LANTZ GOFORTH, Sergeant, ADC;**
**RICHARD LEE, Sergeant, ADC;**
**and CHARLES POOLE, Corporal, ADC**          **DEFENDANTS**


### ORDER

The Court withdraws the reference to Magistrate Judge H. David Young.  Motion for an immediate hearing, № 49, granted.  For the reasons stated on the record at yesterday's hearing, Moore's motion in limine, № 44, granted in part and denied in part with caveats.  Defendants' motion in limine, № 46, granted in part and denied in part with caveats.  Motion for expenses, № 50, granted on the video and usual pre-trial expenses, and denied without prejudice on medical expenses.  We didn't get to cover this last issue at the hearing.  Moore should renew his motion with specifics if he wants some relief on medical-related expenses. Parties' pre-trial disclosure

sheets and trial briefs due 22 July 2014.  Moore should notify Defendants of

other witnesses he plans to call by 22 July 2014, with a final list to Chambers

by 1 August 2014.

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 July 2014