IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEITH MOORE**                                                                                  **PLAINTIFF**
**ADC #133412**

V.                          No. 5:12-cv-206-DPM

**JAMES HILL** *et al.*                                                                    **DEFENDANTS**

ORDER

1. This case is scheduled for a jury trial on Monday, 18 August 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Keith Moore (ADC #133412), Varner Unit, at 8:15 a.m. on 18 August 2014 and each day thereafter until completion of the trial.

3. The Court further directs the Arkansas Department of Correction to send Moore's complete institutional and medical

-1-

files with him and to allow Moore to bring any legal papers he wants to court.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2014