# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KEITH MOORE**  **PLAINTIFF**
**ADC #133412**

V.                    No. 5:12-cv-206-DPM

**JAMES HILL** *et al.*                    **DEFENDANTS**

## ORDER

1. This case is scheduled for a jury trial the week of 18 August 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of witnesses, Robert K. Humphrey (ADC #150527) Randall L. Williams Correctional Facility, Pine Bluff and Jeffrey D. Kronnick (ADC #121499), Grimes Unit, Newport , at 8:15 a.m. on Tuesday, 18 August 2014.

So Ordered.

*D.P. Marshall Jr.*
───────────────────────
D. P. Marshall Jr.
United States District Judge

<u>8 August 2014</u>