# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KEITH MOORE                                                                                      PLAINTIFF
ADC #133412

V.                                    No. 5:12-cv-206-DPM

JAMES HILL *et al.*
DEFENDANTS

## AMENDED ORDER

   **1.** This case is scheduled for a jury trial the week of 18 August 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

   **2.** The Court directs the Arkansas Department of Correction to ensure the attendance of witnesses, Robert K. Humphrey (ADC #150527) Randall L. Williams Correctional Facility, Pine Bluff and Jeffrey D. Kronnick (ADC #121499), Grimes Unit, Newport , at 8:15 a.m. on Tuesday, 19 August 2014.

So Ordered.

*D P Marshall Jr.*

D. P. Marshall Jr.
United States District Judge

<u>11 August 2014</u>