IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH MOORE,
ADC #133412                                                              PLAINTIFF

v.                          No. 5:12-cv-206-DPM

JAMES HILL, Sergeant, ADC;
LANTZ GOFORTH, Sergeant, ADC;
RICHARD LEE, Sergeant, ADC;
and CHARLES POOLE, Corporal, ADC                     DEFENDANTS

ORDER

The Court appreciates the parties' pre-trial disclosure sheets and trial briefs. The Court is attaching its current working drafts of the preliminary instructions, the final instructions, and the verdict forms.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2014