IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH MOORE,
ADC #133412                                                                PLAINTIFF

v.                                  No. 5:12-cv-206-DPM

JAMES HILL, Sergeant, ADC;
LANTZ GOFORTH, Sergeant, ADC;
RICHARD LEE, Sergeant, ADC;
and CHARLES POOLE, Corporal, ADC                              DEFENDANTS

## ORDER

The Court vacates its previous order, № 60, directing the Arkansas Department of Correction to ensure the attendance of witnesses Robert K. Humphrey and Jeffrey D. Kronnick at trial. They are no longer needed as witnesses.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 August 2014