IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH MOORE,
ADC #133412                                                                    PLAINTIFF

v.                                    No. 5:12-cv-206-DPM

JAMES HILL, Sergeant, ADC;
LANTZ GOFORTH, Sergeant, ADC;
RICHARD LEE, Sergeant, ADC;
and CHARLES POOLE, Corporal, ADC                                   DEFENDANTS

## JUDGMENT

1. Keith Moore's excessive-force and failure-to-protect claims were tried to a twelve-person jury from 18 to 21 August 2014. After deliberations, on August 21st, the jury returned eight unanimous verdicts.

2. The jury found for Richard Lee and Charles Poole on both of Moore's claims against each of them. The jury found for Moore against James Hill on the excessive-force claim, and for Moore against Lantz Goforth on Moore's failure-to-protect claim. The jury found for Hill on Moore's failure-to-protect claim and for Goforth on Moore's excessive-force claim. The jury awarded $500 in compensatory damages, and $1,000.00 in punitive damages, to Moore

against Hill for the excessive force. The jury awarded $250.00 in compensatory damages, and $500.00 in punitive damages, to Moore against Goforth for the failure to protect. No party requested a poll of the jury. The verdicts, which consist of the jury's answers to eight sets of questions, are attached and incorporated.

3. The Court enters judgment for Moore against Hill for $1,500.00, for Moore against Goforth for $750.00, for post-judgment interest as provided by law, and for costs and reasonable attorney's fees as the Court may later allow on timely motion. Post-judgment interest will accrue at 0.10% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)-(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 August 2014

## VERDICT NO. 1

1. On Keith Moore's excessive force claim against James Hill, as submitted in Instruction No. 9, we find for:

    __✓__ Keith Moore              _____ James Hill

**If you found for Moore on Question 1, then answer Question 2. If you found for Hill on Question 1, your deliberations on Hill are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ __500.00__
    (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against James Hill of $ __1,000.00__
    (state the amount, or, if none, write the word "none").

__Jayne Pyle__                __8/21/2014__   2:43pm.
Foreperson                   Date

Court's Verdict Forms -                    *Moore v. Hill et al.*
21 August 2014                             5:12-cv-206-DPM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 21 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# VERDICT NO. 2

1. On Keith Moore's excessive force claim against Lantz Goforth submitted in Instruction No. 9, we find for:

   _____ Keith Moore          ✓ Lantz Goforth

**If you found for Moore on Question 1, then answer Question 2. If you found for Goforth on Question 1, your deliberations on Goforth are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ _____
   (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against Lantz Goforth of $_____ (state the amount, or, if none, write the word "none").

_____          __8/21/2014__    2:45 pm
Foreperson                          Date

Court's Verdict Forms -                     *Moore v. Hill et al.*
21 August 2014                              5:12-cv-206-DPM

# VERDICT NO. 3

1. On Keith Moore's excessive force claim against Richard Lee submitted in Instruction No. 9, we find for:

   _____ Keith Moore          \_\_✓\_\_ Richard Lee

**If you found for Moore on Question 1, then answer Question 2. If you found for Lee on Question 1, your deliberations on Lee are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ _____
   (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against Richard Lee of $_____
   (state the amount, or, if none, write the word "none").


\_\_\_\_Jayne Pyle\_\_\_\_          \_\_8/21/2014\_\_  2:45 p.m.
Foreperson                    Date

Court's Verdict Forms -                        Moore v. Hill et al.
21 August 2014                                 5:12-cv-206-DPM

[FILED stamp: U.S. District Court Eastern District Arkansas, AUG 21 2014, James W. McCormack, Clerk, Dep Clerk]

# VERDICT NO. 4

1.  On Keith Moore's excessive force claim against Charles Poole submitted in Instruction No. 9, we find for:

    _____ Keith Moore          √ Charles Poole

    *FILED*
    *U.S. DISTRICT COURT*
    *EASTERN DISTRICT ARKANSAS*
    *AUG 21 2014*
    *JAMES W. McCORMACK, CLERK*
    *By: _____ DEP CLERK*

**If you found for Moore on Question 1, then answer Question 2. If you found for Poole on Question 1, your deliberations on Poole are done. Do not answer Question 2 or Question 3.**

2.  We find Keith Moore's damages to be $ _____
    (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3.  We assess punitive damages against Charles Poole of $ _____ (state the amount, or, if none, write the word "none").


_____          \_\_\_8/21/2014\_\_\_  2:45pm
Foreperson                                 Date

Court's Verdict Forms -                        *Moore v. Hill et al.*
21 August 2014                                 5:12-cv-206-DPM

# VERDICT NO. 5

1. On Keith Moore's failure to protect claim against James Hill, as submitted in Instruction No. 10, we find for:

   _____ Keith Moore          \_\_✓\_\_ James Hill

**If you found for Moore on Question 1, then answer Question 2. If you found for Hill on Question 1, your deliberations on Hill are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ _____
   (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against James Hill of $_____
   (state the amount, or, if none, write the word "none").


_____*[signature]*_____          \_\_8/21/2014\_\_ 2:45 pm.
Foreperson                                   Date

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 21 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Court's Verdict Forms -               Moore v. Hill et al.
21 August 2014                        5:12-cv-206-DPM

# VERDICT NO. 6

1. On Keith Moore's failure to protect claim against Lantz Goforth, submitted in Instruction No. 10, we find for:

   ___✓___ Keith Moore        _____ Lantz Goforth

**If you found for Moore on Question 1, then answer Question 2. If you found for Goforth on Question 1, your deliberations on Goforth are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ __250⁰⁰__
   (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against Lantz Goforth of $__500⁰⁰__ (state the amount, or, if none, write the word "none").

_____        __8/21/2014___  2:45 pm
Foreperson                         Date

Court's Verdict Forms -                    *Moore v. Hill et al.*
21 August 2014                             5:12-cv-206-DPM

# VERDICT NO. 7

1. On Keith Moore's failure to protect claim against Richard Lee submitted in Instruction No. 10, we find for:

   _____ Keith Moore           \_\_✓\_\_ Richard Lee

**If you found for Moore on Question 1, then answer Question 2. If you found for Lee on Question 1, your deliberations on Lee are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ _____
   (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against Richard Lee of $_____ (state the amount or, if none, write the word "none").

_____     8/21/2014   2:45 pm
Foreperson                            Date

Court's Verdict Forms -                    *Moore v. Hill et al.*
21 August 2014                             5:12-cv-206-DPM

[FILED AUG 21 2014, JAMES W. McCORMACK, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS]

## VERDICT NO. 8

1. On Keith Moore's failure to protect claim against Charles Poole, submitted in Instruction No. 10, we find for:

   _____ Keith Moore        \_\_√\_\_ Charles Poole

**If you found for Moore on Question 1, then answer Question 2. If you found for Poole on Question 1, your deliberations on Poole are done. Do not answer Question 2 or Question 3.**

2. We find Keith Moore's damages to be $ _____
   (state the amount, or if you find that Moore's damages have no monetary value, put $1.00).

**If you found for Moore on Question 1, and awarded Moore compensatory damages on Question 2, then answer Question 3.**

3. We assess punitive damages against Charles Poole of $_____ (state the amount or, if none, write the word "none").

*[Signature]*
Foreperson

8/21/2014    2:45 pm
Date

Court's Verdict Forms -
21 August 2014

*Moore v. Hill et al.*
5:12-cv-206-DPM

*FILED AUG 21 2014 JAMES W. McCORMACK, CLERK By: [signature] DEP CLERK*