IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH MOORE
ADC #133412                                                                                         PLAINTIFF

v.                                      No. 5:12-cv-206-DPM

JAMES HILL, Sergeant, ADC;
LANTZ GOFORTH, Sergeant, ADC;
RICHARD LEE, Sergeant, ADC;
and CHARLES POOLE, Corporal, ADC                                              DEFENDANTS

ORDER

Unopposed motion, № 90, granted. The State of Arkansas has paid Moore $250.12 on behalf of Hill and $500.24 on behalf of Goforth. That part of the Judgment, № 75, for compensatory damages against Hill and against Goforth has been satisfied. The Court directs the Clerk to so note in all this Court's records. LOCAL RULE 58.2. That part of the Judgment, № 75, for punitive damages against Hill and against Goforth remains unpaid.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2015