IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH MOORE
ADC #133412                                                                PLAINTIFF

v.                          No. 5:12-cv-206-DPM

JAMES HILL, Sergeant, ADC;
LANTZ GOFORTH, Sergeant, ADC;
RICHARD LEE, Sergeant, ADC;
and CHARLES POOLE, Corporal, ADC                   DEFENDANTS

AMENDED ORDER

1. Motion to clarify, № 92, granted. Order, № 91, vacated. In that Order, the Court transposed Hill's and Goforth's names.

2. Unopposed motion, № 90, granted. The State of Arkansas has paid Moore $250.12 on behalf of Goforth and $500.24 on behalf of Hill. That part of the Judgment, № 75, for compensatory damages against Goforth and against Hill has been satisfied. The Court directs the Clerk to so note in all this Court's records. LOCAL RULE 58.2. That part of the Judgment, № 75, for punitive damages against Hill and against Goforth remains unpaid.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2015