IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH MOORE
ADC #133412                                                                                   PLAINTIFF

v.                               No. 5:12-cv-206-DPM

JAMES HILL, Sergeant, ADC;
LANTZ GOFORTH, Sergeant, ADC;
RICHARD LEE, Sergeant, ADC;
and CHARLES POOLE, Corporal, ADC                                          DEFENDANTS

ORDER

Unopposed motion, № 95, granted. Moore has received $1,000.66 from Hill and $500.33 from Goforth. Those sums satisfy the punitive-damages part of the Judgment. № 75. The Court directs the Clerk to so note in all this Court's records. LOCAL RULE 58.2. The Judgment has been satisfied in full. № 93.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2015